UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MELISSA YOULETTE BROWN, | : | Case No. 18-14171REF |
| Debtor | : | Chapter 13 |

# ORDER REVISING THE JUNE 22, 2018, ORDER REQUIRING THE FILING OF BANKRUPTCY DOCUMENTS

AND NOW, this 27 day of June, 2018, upon the prior filings by Debtor of four prior cases, to wit, No. 02-21401, No. 04-23910, No. 09-22075, and 16-12601 (all of which were dismissed for Debtor's failure to make plan payments) and upon the above Chapter 13 case, filed on June 22, 2018, without filing all of the required bankruptcy documents and upon the prior order in the above case, entered on June 22, 2018 (the "Prior Order"), requiring Debtor to file the required documents for her Chapter 13 case within a certain time,

IT IS HEREBY ORDERED that:

1. This case MAY BE DISMISSED WITH PREJUDICE WITHOUT FURTHER NOTICE if the documents described in the Prior Order are not filed on or before July 11, 2018.

BY THE COURT

_____
Richard E. Fehling,
United States Bankruptcy Judge