United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14171-ref
Melissa Youlette Brown                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                Page 1 of 1                Date Rcvd: Jun 25, 2018
                              Form ID: 130             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
db             +Melissa Youlette Brown,   937 Jackson Street,   Easton, PA 18042-3335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2018 at the address(es) listed below:
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     PATRICK J. BEST    on behalf of Debtor Melissa Youlette Brown patrick@armlawyers.com,
      kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                          TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                                                Chapter: 13

Melissa Youlette Brown
              Debtor(s)                                         Bankruptcy No: 18−14171−ref

*O R D E R*

**AND NOW,** this 22nd day of June 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Atty Disclosure Statement, Chapter 13 Plan, Schedules AB−J, Statement of Financial Affairs, Summary of Assets and Liabilities Form B106, Chapter 13 Currently Monthly Income
   (Form 122C−1) due by 07/6/2018

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Richard E. Fehling
Chief Judge , United States Bankruptcy Court

5
Form 130