United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Melissa Youlette Brown  
       Debtor

Case No. 18-14171-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Jun 27, 2018  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.  
db        +Melissa Youlette Brown,    937 Jackson Street,    Easton, PA 18042-3335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
       KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
       PATRICK J. BEST    on behalf of Debtor Melissa Youlette Brown patrick@armlawyers.com,  
       kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                        TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  MELISSA YOULETTE BROWN,    :    Case No. 18-14171REF
      Debtor    :    Chapter 13

# ORDER REVISING THE JUNE 22, 2018, ORDER REQUIRING THE FILING OF BANKRUPTCY DOCUMENTS

AND NOW, this 27 day of June, 2018, upon the prior filings by Debtor of four prior cases, to wit, No. 02-21401, No. 04-23910, No. 09-22075, and 16-12601 (all of which were dismissed for Debtor's failure to make plan payments) and upon the above Chapter 13 case, filed on June 22, 2018, without filing all of the required bankruptcy documents and upon the prior order in the above case, entered on June 22, 2018 (the "Prior Order"), requiring Debtor to file the required documents for her Chapter 13 case within a certain time,

IT IS HEREBY ORDERED that:

1. This case MAY BE DISMISSED WITH PREJUDICE WITHOUT FURTHER NOTICE if the documents described in the Prior Order are not filed on or before July 11, 2018.

BY THE COURT

_____
Richard E. Fehling,
United States Bankruptcy Judge