### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MELISSA YOULETTE BROWN, | : | Bankruptcy No.: 18-14171-REF |
| | : | |
| Debtor. | : | CHAPTER 13 |
| | : | |
| | : | **HEARING DATE: July 19, 2018** |
| | : | **HEARING TIME: 9:30 a.m.** |
| | : | **HEARING PLACE: Courtroom No. 1** |
| | : | **Third Floor, The Madison Building** |
| | : | **400 Washington Street** |
| | : | **Reading, PA 19601** |

### ORDER

AND NOW, upon consideration of Debtor's Motion to Extend the Automatic Stay, it is hereby ORDERED that the automatic stay is in effect throughout the course of the new Chapter 13 Plan.

**Date: July 18, 2018**

_____
US Bankruptcy Judge Richard E. Fehling

cc:   Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360

Frederick Reigle, Trustee
2901 St. Lawrence Ave.
Reading, PA 19606

Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107