United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14171-ref
Melissa Youlette Brown                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2              Date Rcvd: Jul 18, 2018
                              Form ID: pdf900        Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db           +Melissa Youlette Brown,    937 Jackson Street,    Easton, PA 18042-3335
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,    Second Floor,    Reading, PA 19601-4300
14126839      Aarons,   821 S 25th St,    Easton, PA 18045-5376
14126840      Berkheimer Tax Administrator,    P.O. Box 25143,    Lehigh Valley, PA 18002-5143
14126842     +City of Easton,   123 S 3rd St,    Easton, PA 18042-4727
14126845     +Creditech,   50 N 7th St,    Bangor, PA 18013-1791
14126848    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
             (address filed with court:  Ditech Financial LLC,    332 Minnesota St Ste 610,
               Saint Paul, MN 55101-7707)
14126849     +Easton Area Public Library,    515 Church St,    Easton, PA 18042-3587
14126850     +Easton Hospital,    250 S 21st St,    Easton, PA 18042-3892
14126851      Easton Radiology,    2100 Ferry St,    Easton, PA 18042-3815
14126854      Everhome Mortgage,    PO Box 530579,    Atlanta, GA 30353-0579
14126855      Global Netwk,    5320 College Blvd,    Shawnee Mission, KS 66211-1621
14126856      I C System,   PO Box 64378,    Saint Paul, MN 55164-0378
14126858    ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
             (address filed with court:  Met-Ed,    PO Box 16001,    Reading, PA 19612-6001)
14126857      Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
14126859     +Nazareth Music Center,    162 S Main St,    Nazareth, PA 18064-2096
14126860     +Northampton County Prothonotary,    669 Washington Street,    Easton, PA 18042-7401
14126862     +St. Lukes Emergency Physician Specialist,    P.O. Box 5386,    Bethlehem, PA 18015-0386
14126863      Steward Financial Svcs,    499 Old Kings Hwy,    Maple Shade, NJ 08052
14126864     +UGI Utilities Inc,    P.O. Box 15523,    Wilmington, DE 19850-5523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:13:02
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2018 02:13:18     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14126841      E-mail/Text: banko@berkscredit.com Jul 19 2018 02:12:52     Berks Credit & Coll,
               900 Corporate Dr,    Reading, PA 19605-3340
14126843     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:13:02     Commonwealth Of Pennsylvania,
               P.O. Box 280946,    Department Of Revenue - Bankruptcy Dept.,    Harrisburg, PA 17128-0946
14126846      E-mail/Text: electronicbkydocs@nelnet.net Jul 19 2018 02:13:11     Dept of Ed/Nelnet,
               Attn: Claims,    PO Box 82505,    Lincoln, NE 68501-2505
14126847      E-mail/Text: electronicbkydocs@nelnet.net Jul 19 2018 02:13:11     Dept of Education/Neln,
               121 S 13th St,    Lincoln, NE 68508-1904
14126852      E-mail/Text: hfrantz@eswater.net Jul 19 2018 02:12:55     Easton Suburban Water Authority,
               PO Box 3819,    Easton, PA 18043-3819
14126853      E-mail/Text: bknotice@ercbpo.com Jul 19 2018 02:13:12     Enhanced Recovery Co L,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14126861      E-mail/Text: appebnmailbox@sprint.com Jul 19 2018 02:13:09     Sprint,    P.O. Box 4191,
               Carol Stream, IL 60197-0000
14166164      E-mail/Text: bkrcy@ugi.com Jul 19 2018 02:13:36     UGI Utilities Inc,    PO Box 13009,
               Reading PA 19612
14164804     +E-mail/Text: electronicbkydocs@nelnet.net Jul 19 2018 02:13:11
               US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
               Lincoln, NE 68508-1911
14126865      E-mail/Text: ebn@unique-mgmt.com Jul 19 2018 02:13:34     Unique National Collec,
               119 E Maple St,    Jeffersonville, IN 47130-3439
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14126844*    +Commonwealth Of Pennsylvania,    P.O. Box 280946,    Department Of Revenue - Bankruptcy Dept.,
               Harrisburg, PA 17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0313-4          User: dlv              Page 2 of 2              Date Rcvd: Jul 18, 2018
                              Form ID: pdf900        Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              PATRICK J. BEST    on behalf of Debtor Melissa Youlette Brown patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MELISSA YOULETTE BROWN,   :   Bankruptcy No.: 18-14171-REF
:
Debtor.   :   CHAPTER 13
:
:   **HEARING DATE: July 19, 2018**
:   **HEARING TIME: 9:30 a.m.**
:   **HEARING PLACE: Courtroom No. 1**
:   **Third Floor, The Madison Building**
:   **400 Washington Street**
:   **Reading, PA 19601**

## ORDER

AND NOW, upon consideration of Debtor's Motion to Extend the Automatic Stay, it is hereby ORDERED that the automatic stay is in effect throughout the course of the new Chapter 13 Plan.

**Date: July 18, 2018**

_____
US Bankruptcy Judge Richard E. Fehling

cc:   Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360

Frederick Reigle, Trustee
2901 St. Lawrence Ave.
Reading, PA 19606

Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107