## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 18-14171 |
| MELISSA YOULETTE BROWN | Chapter 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that Jennifer D. Gould, Esquire of Stark & Stark, A Professional Corporation hereby enters her appearance on behalf of Steward Financial Services, a creditor and party-in-interest in the above bankruptcy case, pursuant to Bankruptcy Rule 9010(b), and requests copies of all notices and pleadings filed in this case or proceedings therein, including notices provided pursuant to Bankruptcy Rule 2002(a), (b) and (f).

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes copies of all notices, motions, complaints, answers, applications and orders, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax, telecopy or otherwise with regard to the above case and proceedings thereon. All such notices and pleadings should be sent to the following at the address below:

Jennifer D. Gould, Esquire
Stark & Stark
A Professional Corporation
777 Township Line Rd., Suite 120
Yardley, PA  19067
Telephone:  (267) 907-9600
Facsimile: (267) 907-9659
E-mail: jgould@stark-stark.com

STARK & STARK, P.C.


By: /s/ Jennifer D. Gould
    Jennifer D. Gould, Esquire
    Attorney I.D. No. 80988
    STARK & STARK, P.C.
    993 Lenox Drive, Bldg. 2
    Lawrenceville, NJ 08648-2389
    (609) 896-9060
    E-mail: jgould@stark-stark.com

Dated: August 2, 2018    Attorneys for Steward Financial Services