LUTHERAN COMMUNITY AT TELFORD  
12 LUTHERAN HOME DR  
TELFORD PA  18969-1787  

1406-8002  
ORG1:6 PC  
ORG2:63 Nursing- Pers  
EE ID: 100083       DD  

Payrolls by Paychex, Inc.   NON-NEGOTIABLE   Payrolls by Paychex, Inc.   NON-NEGOTIABLE

MELISSA Y BROWN  
937 JACKSON STREET  
EASTON PA  18042  

### PERSONAL AND CHECK INFORMATION
Melissa Y Brown  
937 Jackson Street  
Easton, PA  18042  
Soc Sec #: xxx-xx-xxxx   Employee ID: 100083  

Home Department: 63 Nursing- Personal Care / 6 PC  

Pay Period: 11/12/17 to 11/25/17  
Check Date: 11/30/17   Check #: 13026  

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 9823.76 |
| Savg 4537 | 1660.38 | 11743.73 |
| **NET PAY** | **1660.38** | **21567.49** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Extended Sick Bank | 0.00 hrs | 0.00 hrs |
| Personal Time Off | 0.00 hrs | 66.08 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 49.43 | 15.3000 | 756.28 | 619.12 | 8936.18 |
| ADD Pay | | | | 9.10 | 229.09 |
| NR Weekend Shift | | | | 27.66 | 396.58 |
| NR Weekend Shift | | | | 217.29 | 3360.96 |
| old Splt Hlldiff | | | | | 156.00 |
| presumed XW1-X | | | | | 2727.41 |
| PTO | | | | 80.00 | 1141.20 |
| PTO Pay Out | | | | 40.00 | 600.00 |
| Shift 2 | | | | 245.53 | 3478.79 |
| Overtime | 40.30 | 22.9500 | 924.88 | 245.76 | 5430.62 |
| Holiday Worked | 9.00 | 22.9500 | 206.55 | 16.30 | 367.52 |
| Extra OT | | | | 30.04 | 648.99 |
| OT Shift 2 | | | | 10.80 | 236.52 |
| Weekend OT Shift | | | | 8.17 | 179.23 |
| Weekend OT Shift | | | | 15.27 | 357.32 |
| Extra Nursing Shift | | 15.3000 | 400.00 | | 600.00 |
| Splt Hlldiff | | 15.3000 | 30.00 | | 90.00 |
| **Total Hours** | 98.73 | | | 1565.04 | |
| **Gross Earnings** | | | 2317.71 | | 28936.41 |
| **Total Hrs Worked** | 98.73 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 141.53 | 1741.92 |
| Medicare | | 33.09 | 407.38 |
| Fed Income Tax | S 2 | 306.77 | 2310.74 |
| PA Income Tax | | 70.08 | 856.58 |
| PA Unemploy | | 1.62 | 20.10 |
| PA LTELF-Buc LS | | 2.00 | 50.00 |
| PA TELFO-Buc In | | 44.51 | 544.07 |
| **TOTAL** | | 599.60 | 5930.79 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac STD | 16.20 | 275.40 |
| Cafeteria Sales | 6.49 | 321.77 |
| Pretax Aflac | 35.04 | 840.96 |
| **TOTAL** | 57.73 | 1438.13 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1660.38** | **21567.49** |

Payrolls by Paychex, Inc.

0940 1406-8002  Lutheran Community At Telford • 12 Lutheran Home Dr • Telford PA  18969-1787 • (215) 723-9819

LUTHERAN COMMUNITY AT TELFORD
12 LUTHERAN HOME DR
TELFORD PA  18969-1787

1406-8002
ORG1:6 PC
ORG2:63 Nursing- Pers
EE ID: 100083        DD

MELISSA Y BROWN
937 JACKSON STREET
EASTON PA  18042

**NON-NEGOTIABLE**

*Payrolls by Paychex, Inc.*

### PERSONAL AND CHECK INFORMATION
Melissa Y Brown
937 Jackson Street
Easton, PA  18042
Soc Sec #: xxx-xx-xxxx        Employee ID: 100083

Home Department: 63 Nursing- Personal Care / 6 PC

Pay Period: 11/26/17 to 12/09/17
Check Date: 12/14/17     Check #: 13316

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 9823.76 |
| Savg 4537 | 698.05 | 12441.78 |
| **NET PAY** | **698.05** | **22265.54** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Extended Sick Bank | 0.00 hrs | 0.00 hrs |
| Personal Time Off | 8.00 hrs | 63.56 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 40.97 | 15.3000 | 626.85 | 660.09 | 9563.03 |
| ADD Pay | | | | 9.10 | 229.09 |
| NR Weekend Shift | | | | 27.66 | 396.58 |
| NR Weekend Shift | | | | 217.29 | 3360.96 |
| old Splt Hlldiff | | | | | 156.00 |
| presumed XW1-X | | | | | 2727.41 |
| PTO | 8.00 | 15.3000 | 122.40 | 88.00 | 1263.60 |
| PTO Pay Out | | | | 40.00 | 600.00 |
| Shift 2 | | | | 245.53 | 3478.79 |
| Overtime | 8.27 | 22.9500 | 189.80 | 254.03 | 5620.42 |
| Extra OT | | | | 30.04 | 648.99 |
| Holiday Worked | | | | 16.30 | 367.52 |
| OT Shift 2 | | | | 10.80 | 236.52 |
| Weekend OT Shift | | | | 8.17 | 179.23 |
| Weekend OT Shift | | | | 15.27 | 357.32 |
| Extra Nursing Shift | | | | | 600.00 |
| Splt Hlldiff | | | | | 90.00 |
| **Total Hours** | 57.24 | | | 1622.28 | |
| **Gross Earnings** | | | 939.05 | | 29875.46 |
| **Total Hrs Worked** | 57.24 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 56.05 | 1797.97 |
| Medicare | | 13.11 | 420.49 |
| Fed Income Tax | S 2 | 57.67 | 2368.41 |
| PA Income Tax | | 27.75 | 884.33 |
| PA Unemploy | | 0.66 | 20.76 |
| PA LTELF-Buc LS | | 2.00 | 52.00 |
| PA TELFO-Buc In | | 17.63 | 561.70 |
| **TOTAL** | | 174.87 | 6105.66 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac STD | 16.20 | 291.60 |
| Cafeteria Sales | 14.89 | 336.66 |
| Pretax Aflac | 35.04 | 876.00 |
| **TOTAL** | 66.13 | 1504.26 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **698.05** | **22265.54** |

*Payrolls by Paychex, Inc.*

0940 1406-8002  Lutheran Community At Telford • 12 Lutheran Home Dr • Telford PA  18969-1787  (215) 723-9819

LUTHERAN COMMUNITY AT TELFORD
12 LUTHERAN HOME DR
TELFORD PA  18969-1787

1406-8002
ORG1:6 PC
ORG2:63 Nursing- Pers
EE ID: 100083    DD

*Payrolls by Paychex, Inc.*

MELISSA Y BROWN
937 JACKSON STREET
EASTON PA  18042

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Melissa Y Brown
937 Jackson Street
Easton, PA  18042
Soc Sec #: xxx-xx-xxxx    Employee ID: 100083

Home Department: 63 Nursing- Personal Care / 6 PC

Pay Period: 12/21/17 to 12/21/17
Check Date: 12/21/17    Check #: 13617

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 9823.76 |
| Savg 4537 | 56.71 | 12498.49 |
| **NET PAY** | **56.71** | **22322.25** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | | 660.09 | 9563.03 |
| ADD Pay | | | | 9.10 | 229.09 |
| NR Weekend Shift | | | | 27.66 | 396.58 |
| NR Weekend Shift | | | | 217.29 | 3360.96 |
| old Splt Hlldiff | | | | | 156.00 |
| presumed XW1-X | | | | | 2727.41 |
| PTO | | | | 88.00 | 1263.60 |
| PTO Pay Out | | | | 40.00 | 600.00 |
| Shift 2 | | | | 245.53 | 3478.79 |
| Extra OT | | | | 30.04 | 648.99 |
| Holiday Worked | | | | 16.30 | 367.52 |
| OT Shift 2 | | | | 10.80 | 236.52 |
| Overtime | | | | 254.03 | 5620.42 |
| Weekend OT Shift | | | | 8.17 | 179.23 |
| Weekend OT Shift | | | | 15.27 | 357.32 |
| Bonus | 15.3000 | | 65.00 | | 65.00 |
| Extra Nursing Shift | | | | | 600.00 |
| Splt Hlldiff | | | | | 90.00 |
| **Total Hours** | | | | 1622.28 | |
| **Gross Earnings** | | | 65.00 | | 29940.46 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 4.03 | 1802.00 |
| Medicare | | 0.94 | 421.43 |
| Fed Income Tax | S 2 | | 2368.41 |
| PA Income Tax | | 2.00 | 886.33 |
| PA Unemploy | | 0.05 | 20.81 |
| PA LTELF-Buc LS | | | 52.00 |
| PA TELFO-Buc In | | 1.27 | 562.97 |
| **TOTAL** | | 8.29 | 6113.95 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac STD | | 291.60 |
| Cafeteria Sales | | 336.66 |
| Pretax Aflac | | 876.00 |
| **TOTAL** | | 1504.26 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 56.71 | 22322.25 |

*Payrolls by Paychex, Inc.*

0940 1406-8002  Lutheran Community At Telford • 12 Lutheran Home Dr • Telford PA  18969-1787 • (215) 723-9819

LUTHERAN COMMUNITY AT TELFORD
12 LUTHERAN HOME DR
TELFORD PA  18969-1787

1406-8002
ORG1:6 PC
ORG2:63 Nursing- Pers
EE ID: 100083      DD

*Payrolls by Paychex, Inc.*

MELISSA Y BROWN
937 JACKSON STREET
EASTON PA  18042

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Melissa Y Brown
937 Jackson Street
Easton, PA  18042
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 100083

**Home Department:** 63 Nursing- Personal Care / 6 PC

**Pay Period:** 12/24/17 to 01/06/18
**Check Date:** 01/11/18    **Check #:** 14205

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Savg 4537 | 658.90 | 658.90 |
| **NET PAY** | **658.90** | **658.90** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Extended Sick Bank | 0.00 hrs | 0.00 hrs |
| Personal Time Off | 8.00 hrs | 60.26 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 33.28 | 15.7600 | 524.50 | 33.28 | 524.50 |
| PTO | 8.00 | 15.7600 | 126.08 | 8.00 | 126.08 |
| Overtime | 8.38 | 23.6400 | 198.10 | 8.38 | 198.10 |
| Splt Hldiff | | 15.7600 | 30.00 | | 30.00 |
| **Total Hours** | 49.66 | | | 49.66 | |
| **Gross Earnings** | | | 878.68 | | 878.68 |
| **Total Hrs Worked** | 49.66 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 52.31 | 52.31 |
| Medicare | | 12.23 | 12.23 |
| Fed Income Tax | S 2 | 48.61 | 48.61 |
| PA Income Tax | | 25.90 | 25.90 |
| PA Unemploy | | 0.53 | 0.53 |
| PA LTELF-Buc LS | | 2.00 | 2.00 |
| PA TELFO-Buc In | | 16.45 | 16.45 |
| **TOTAL** | | 158.03 | 158.03 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac STD | 16.20 | 16.20 |
| Cafeteria Sales | 10.51 | 10.51 |
| Pretax Aflac | 35.04 | 35.04 |
| **TOTAL** | 61.75 | 61.75 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **658.90** | **658.90** |

*Payrolls by Paychex, Inc.*

**0940 1406-8002** Lutheran Community At Telford • 12 Lutheran Home Dr • Telford PA  18969-1787 • (215) 723-9819

LUTHERAN COMMUNITY AT TELFORD
12 LUTHERAN HOME DR
TELFORD PA 18969-1787

1406-8002
ORG1:6 PC
ORG2:63 Nursing- Pers
EE ID: 100083    DD

MELISSA Y BROWN
937 JACKSON STREET
EASTON PA 18042

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Melissa Y Brown
937 Jackson Street
Easton, PA  18042
Soc Sec #: xxx-xx-xxxx    Employee ID: 100083

Home Department: 63 Nursing- Personal Care / 6 PC

Pay Period: 01/07/18 to 01/20/18
Check Date: 01/25/18    Check #: 14491

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Savg 4537 | 804.98 | 1463.88 |
| **NET PAY** | **804.98** | **1463.88** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Extended Sick Bank | 0.00 hrs | 0.00 hrs |
| Personal Time Off | 0.00 hrs | 65.45 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 25.30 | 15.7600 | 398.73 | 58.58 | 923.23 |
| PTO | | | | 8.00 | 126.08 |
| Overtime | 28.43 | 23.6400 | 672.09 | 36.81 | 870.19 |
| Splt Hlldiff | | | | | 30.00 |
| Total Hours | 53.73 | | | 103.39 | |
| Gross Earnings | | | 1070.82 | | 1949.50 |
| Total Hrs Worked | 53.73 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 64.21 | 116.52 |
| Medicare | | 15.02 | 27.25 |
| Fed Income Tax | S 2 | 61.58 | 110.19 |
| PA Income Tax | | 31.80 | 57.70 |
| PA Unemploy | | 0.64 | 1.17 |
| PA LTELF-Buc LS | | 2.00 | 4.00 |
| PA TELFO-Buc In | | 20.20 | 36.65 |
| **TOTAL** | | **195.45** | **353.48** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac STD | 16.20 | 32.40 |
| Cafeteria Sales | 19.15 | 29.66 |
| Pretax Aflac | 35.04 | 70.08 |
| **TOTAL** | **70.39** | **132.14** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 804.98 | 1463.88 |

*Payrolls by Paychex, Inc.*

0940 1406-8002 Lutheran Community At Telford • 12 Lutheran Home Dr • Telford PA 18969-1787 • (215) 723-9819

LUTHERAN COMMUNITY AT TELFORD
12 LUTHERAN HOME DR
TELFORD PA  18969-1787

1406-8002
ORG1:6 PC
ORG2:63 Nursing- Pers
EE ID: 100083    DD

*Payrolls by Paychex, Inc.*

MELISSA Y BROWN
937 JACKSON STREET
EASTON PA  18042

**NON-NEGOTIABLE**

---

**PERSONAL AND CHECK INFORMATION**
Melissa Y Brown
937 Jackson Street
Easton, PA  18042
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 100083

**Home Department:** 63 Nursing- Personal Care / 6 PC

**Pay Period:** 01/21/18 to 02/03/18
**Check Date:** 02/08/18    **Check #:** 14761

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Savg 4537 | 1128.93 | 2592.81 |
| **NET PAY** | **1128.93** | **2592.81** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Extended | 0.00 hrs | 0.00 |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 0.00 hrs | 74.30 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 42.29 | 15.7600 | 666.49 | 100.87 | 1589.72 |
| PTO | | | | 8.00 | 126.08 |
| Overtime | 35.18 | 23.6400 | 831.65 | 71.99 | 1701.84 |
| Splt Hlldiff | | | | | 30.00 |
| **Total Hours** | 77.47 | | | 180.86 | |
| **Gross Earnings** | | | 1498.14 | | 3447.64 |
| **Total Hrs Worked** | 77.47 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 90.72 | 207.24 |
| Medicare | | 21.22 | 48.47 |
| Fed Income Tax | S 2 | 112.86 | 223.05 |
| PA Income Tax | | 44.92 | 102.62 |
| PA Unemploy | | 0.90 | 2.07 |
| PA LTELF-Buc LS | | 2.00 | 6.00 |
| PA TELFO-Buc In | | 28.53 | 65.18 |
| **TOTAL** | | **301.15** | **654.63** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac STD | 16.20 | 48.60 |
| Cafeteria Sales | 16.82 | 46.48 |
| Pretax Aflac | 35.04 | 105.12 |
| **TOTAL** | **68.06** | **200.20** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1128.93 | 2592.81 |

*Payrolls by Paychex, Inc.*

0940 1406-8002  Lutheran Community At Telford • 12 Lutheran Home Dr • Telford PA  18969-1787 • (215) 723-9819

LUTHERAN COMMUNITY AT TELFORD
12 LUTHERAN HOME DR
TELFORD PA 18969-1787

1406-8002
ORG1:6 PC
ORG2:63 Nursing- Pers
EE ID: 100083    DD

MELISSA Y BROWN
937 JACKSON STREET
EASTON PA 18042

**NON-NEGOTIABLE**

*Payrolls by Paychex, Inc.*

### PERSONAL AND CHECK INFORMATION
Melissa Y Brown
937 Jackson Street
Easton, PA 18042
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 100083

**Home Department:** 63 Nursing- Personal Care / 6 PC

**Pay Period:** 02/04/18 to 02/17/18
**Check Date:** 02/22/18    **Check #:** 15035

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Savg 4537 | 1140.66 | 3733.47 |
| **NET PAY** | **1140.66** | **3733.47** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Extended | 0.00 hrs | 0.00 |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 8.00 hrs | 66.29 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 46.40 | 15.7600 | 731.27 | 147.27 | 2320.99 |
| PTO | 8.00 | 15.7600 | 126.08 | 16.00 | 252.16 |
| Overtime | 28.06 | 23.6400 | 663.33 | 100.05 | 2365.17 |
| Splt Hlldiff | | | | | 30.00 |
| **Total Hours** | 82.46 | | | 263.32 | |
| **Gross Earnings** | | | 1520.68 | | 4968.32 |
| **Total Hrs Worked** | 82.46 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 92.11 | 299.35 |
| Medicare | | 21.54 | 70.01 |
| Fed Income Tax | S 2 | 115.57 | 338.62 |
| PA Income Tax | | 45.61 | 148.23 |
| PA Unemploy | | 0.91 | 2.98 |
| PA LTELF-Buc LS | | 2.00 | 8.00 |
| PA TELFO-Buc In | | 28.97 | 94.15 |
| **TOTAL** | | **306.71** | **961.34** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac STD | 16.20 | 64.80 |
| Cafeteria Sales | 22.07 | 68.55 |
| Pretax Aflac | 35.04 | 140.16 |
| **TOTAL** | **73.31** | **273.51** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1140.66** | **3733.47** |

*Payrolls by Paychex, Inc.*

0940 1406-8002 Lutheran Community At Telford • 12 Lutheran Home Dr • Telford PA 18969-1787 • (215) 723-9819

LUTHERAN COMMUNITY AT TELFORD
12 LUTHERAN HOME DR
TELFORD PA  18969-1787

1406-8002
ORG1:6 PC
ORG2:63 Nursing- Pers
EE ID: 100083        DD

MELISSA Y BROWN
937 JACKSON STREET
EASTON PA  18042

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Melissa Y Brown
937 Jackson Street
Easton, PA  18042

Soc Sec #: xxx-xx-xxxx    Employee ID: 100083

Home Department: 63 Nursing- Personal Care / 6 PC

Pay Period: 02/18/18 to 03/03/18
Check Date: 03/08/18    Check #: 15313

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Savg 4537 | 1407.52 | 5140.99 |
| **NET PAY** | **1407.52** | **5140.99** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Extended | 0.00 hrs | 0.00 |

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Personal | 20.00 hrs | 62.75 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 51.39 | 15.7600 | 809.90 | 198.66 | 3130.89 |
| PTO | 20.00 | 15.7600 | 315.20 | 36.00 | 567.36 |
| Overtime | 16.58 | 23.6400 | 391.95 | 116.63 | 2757.12 |
| Extra Nursing Shift | | 15.7600 | 300.00 | | 300.00 |
| Splt Hldiff | | 15.7600 | 60.00 | | 90.00 |
| **Total Hours** | 87.97 | | | 351.29 | |
| **Gross Earnings** | | | 1877.05 | | 6845.37 |
| **Total Hrs Worked** | 87.97 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 114.20 | 413.55 |
| Medicare | | 26.71 | 96.72 |
| Fed Income Tax | S 2 | 158.33 | 496.95 |
| PA Income Tax | | 56.55 | 204.78 |
| PA Unemploy | | 1.13 | 4.11 |
| PA LTELF-Buc LS | | 2.00 | 10.00 |
| PA TELFO-Buc In | | 35.92 | 130.07 |
| **TOTAL** | | **394.84** | **1356.18** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac STD | 16.20 | 81.00 |
| Cafeteria Sales | 23.45 | 92.00 |
| Pretax Aflac | 35.04 | 175.20 |
| **TOTAL** | **74.69** | **348.20** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1407.52 | 5140.99 |

Payrolls by Paychex, Inc.

0940 1406-8002  Lutheran Community At Telford • 12 Lutheran Home Dr • Telford PA  18969-1787 • (215) 723-9819

LUTHERAN COMMUNITY AT TELFORD
12 LUTHERAN HOME DR
TELFORD PA  18969-1787

1406-8002
ORG1:6 PC
ORG2:63 Nursing- Pers
EE ID: 100083    DD

*Payrolls by Paychex, Inc.*

MELISSA Y BROWN
937 JACKSON STREET
EASTON PA  18042

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Melissa Y Brown | | |
| 937 Jackson Street | | |
| Easton, PA  18042 | | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 100083 | | |
| **Home Department:** 63 Nursing- Personal Care / 6 PC | | |
| **Pay Period:** 03/04/18 **to** 03/17/18 | | |
| **Check Date:** 03/22/18    **Check #:** 15589 | | |

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Savg 4537 | 1638.73 | 6779.72 |
| **NET PAY** | **1638.73** | **6779.72** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Extended | 0.00 hrs | 0.00 |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 0.00 hrs | 71.89 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 74.13 | 15.7600 | 1168.29 | 272.79 | 4299.18 |
| PTO | | | | 36.00 | 567.36 |
| Overtime | 21.00 | 23.6400 | 496.44 | 137.63 | 3253.56 |
| Extra Nursing Shift | | 15.7600 | 550.00 | | 850.00 |
| Splt Hlldiff | | | | | 90.00 |
| **Total Hours** | 95.13 | | | 446.42 | |
| **Gross Earnings** | | | 2214.73 | | 9060.10 |
| **Total Hrs Worked** | 95.13 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 135.14 | 548.69 |
| Medicare | | 31.60 | 128.32 |
| Fed Income Tax | S 2 | 221.82 | 718.77 |
| PA Income Tax | | 66.92 | 271.70 |
| PA Unemploy | | 1.33 | 5.44 |
| PA LTELF-Buc LS | | 2.00 | 12.00 |
| PA TELFO-Buc In | | 42.50 | 172.57 |
| **TOTAL** | | **501.31** | **1857.49** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac STD | 16.20 | 97.20 |
| Cafeteria Sales | 23.45 | 115.45 |
| Pretax Aflac | 35.04 | 210.24 |
| **TOTAL** | **74.69** | **422.89** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1638.73** | **6779.72** |

*Payrolls by Paychex, Inc.*

0940 1406-8002  Lutheran Community At Telford • 12 Lutheran Home Dr • Telford PA  18969-1787 • (215) 723-9819

LUTHERAN COMMUNITY AT TELFORD
12 LUTHERAN HOME DR
TELFORD PA  18969-1787

1406-8002
ORG1:6 PC
ORG2:63 Nursing- Pers
EE ID: 100083    DD

*Payrolls by Paychex, Inc.*

MELISSA Y BROWN
937 JACKSON STREET
EASTON PA  18042

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Melissa Y Brown
937 Jackson Street
Easton, PA  18042
Soc Sec #: xxx-xx-xxxx    Employee ID: 100083

Home Department: 63 Nursing- Personal Care / 6 PC

Pay Period: 03/18/18 to 03/31/18
Check Date: 04/05/18    Check #: 15869

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Savg 4537 | 1245.25 | 8024.97 |
| **NET PAY** | **1245.25** | **8024.97** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Extended | 0.00 hrs | 0.00 |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 8.00 hrs | 71.68 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 56.00 | 15.7600 | 882.56 | 328.79 | 5181.74 |
| PTO | 8.00 | 15.7600 | 126.08 | 44.00 | 693.44 |
| Overtime | 17.17 | 23.6400 | 405.90 | 154.80 | 3659.46 |
| Extra Nursing Shift | | 15.7600 | 200.00 | | 1050.00 |
| Splt Hlldiff | | 15.7600 | 30.00 | | 120.00 |
| Total Hours | 81.17 | | | 527.59 | |
| **Gross Earnings** | | | **1644.54** | | **10704.64** |
| Total Hrs Worked | 81.17 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 99.79 | 648.48 |
| Medicare | | 23.34 | 151.66 |
| Fed Income Tax | S 2 | 130.43 | 849.20 |
| PA Income Tax | | 49.41 | 321.11 |
| PA Unemploy | | 0.99 | 6.43 |
| PA LTELF-Buc LS | | 2.00 | 14.00 |
| PA TELFO-Buc In | | 31.39 | 203.96 |
| **TOTAL** | | **337.35** | **2194.84** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac STD | 16.20 | 113.40 |
| Cafeteria Sales | 10.70 | 126.15 |
| Pretax Aflac | 35.04 | 245.28 |
| **TOTAL** | **61.94** | **484.83** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1245.25 | 8024.97 |

*Payrolls by Paychex, Inc.*

0940 1406-8002  Lutheran Community At Telford • 12 Lutheran Home Dr • Telford PA  18969-1787 • (215) 723-9819

LUTHERAN COMMUNITY AT TELFORD
12 LUTHERAN HOME DR
TELFORD PA  18969-1787

1406-8002
ORG1:6 PC
ORG2:63 Nursing- Pers
EE ID: 100083    DD

MELISSA Y BROWN
937 JACKSON STREET
EASTON PA  18042

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Melissa Y Brown
937 Jackson Street
Easton, PA  18042
Soc Sec #: xxx-xx-xxxx    Employee ID: 100083

Home Department: 63 Nursing- Personal Care / 6 PC

Pay Period: 04/01/18 to 04/14/18
Check Date: 04/19/18    Check #: 16153

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Savg 4537 | 713.36 | 8738.33 |
| **NET PAY** | **713.36** | **8738.33** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Extended | 0.00 hrs | 0.00 |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 24.00 hrs | 53.07 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 24.44 | 15.7600 | 385.17 | 353.23 | 5566.91 |
| PTO | 24.00 | 15.7600 | 378.24 | 68.00 | 1071.68 |
| Holiday Worked | 7.35 | 23.6400 | 173.75 | 7.35 | 173.75 |
| Overtime | | | | 154.80 | 3659.46 |
| Extra Nursing Shift | | | | | 1050.00 |
| Splt Hlldiff | | | | | 120.00 |
| **Total Hours** | 55.79 | | | 583.38 | |
| **Gross Earnings** | | | 937.16 | | 11641.80 |
| **Total Hrs Worked** | 55.79 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 55.93 | 704.41 |
| Medicare | | 13.08 | 164.74 |
| Fed Income Tax | S 2 | 45.54 | 894.74 |
| PA Income Tax | | 27.70 | 348.81 |
| PA Unemploy | | 0.56 | 6.99 |
| PA LTELF-Buc LS | | 2.00 | 16.00 |
| PA TELFO-Buc In | | 17.59 | 221.55 |
| **TOTAL** | | 162.40 | 2357.24 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac STD | 16.20 | 129.60 |
| Cafeteria Sales | 10.16 | 136.31 |
| Pretax Aflac | 35.04 | 280.32 |
| **TOTAL** | 61.40 | 546.23 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 713.36 | 8738.33 |

LUTHERAN COMMUNITY AT TELFORD
12 LUTHERAN HOME DR
TELFORD PA  18969-1787

1406-8002
ORG1:6 PC
ORG2:63 Nursing- Pers
EE ID: 100083    DD

MELISSA Y BROWN
937 JACKSON STREET
EASTON PA  18042

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Melissa Y Brown
937 Jackson Street
Easton, PA  18042
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 100083

**Home Department:** 63 Nursing- Personal Care / 6 PC

**Pay Period:** 04/15/18 to 04/28/18
**Check Date:** 05/03/18    **Check #:** 16439

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Savg 4537 | 387.10 | 9125.43 |
| **NET PAY** | **387.10** | **9125.43** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Extended | 0.00 hrs | 0.00 |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 0.00 hrs | 56.25 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 33.08 | 15.7600 | 521.34 | 386.31 | 6088.25 |
| PTO | | | | 68.00 | 1071.68 |
| Overtime | 0.22 | 23.6400 | 5.20 | 155.02 | 3664.66 |
| Holiday Worked | | | | 7.35 | 173.75 |
| Extra Nursing Shift | | | | | 1050.00 |
| Splt Hlldiff | | 15.7600 | 15.00 | | 135.00 |
| **Total Hours** | 33.30 | | | 616.68 | |
| **Gross Earnings** | | | 541.54 | | 12183.34 |
| **Total Hrs Worked** | 33.30 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 28.82 | 733.23 |
| Medicare | | 6.74 | 171.48 |
| Fed Income Tax | S 2 | 0.33 | 895.07 |
| PA Income Tax | | 14.27 | 363.08 |
| PA Unemploy | | 0.32 | 7.31 |
| PA LTELF-Buc LS | | 2.00 | 18.00 |
| PA TELFO-Buc In | | 9.06 | 230.61 |
| **TOTAL** | | **61.54** | **2418.78** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Aflac STD | 16.20 | 145.80 |
| Cafeteria Sales | | 136.31 |
| FSA EE Pretax | 41.66 | 41.66 |
| Pretax Aflac | 35.04 | 315.36 |
| **TOTAL** | **92.90** | **639.13** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 387.10 | 9125.43 |

Payrolls by Paychex, Inc.

0940 1406-8002    Lutheran Community At Telford • 12 Lutheran Home Dr • Telford PA  18969-1787 • (215) 723-9819