*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Melissa Youlette Brown
    Debtor(s)

Case No: 18−14171−amc
Chapter: 13

# NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case with Prejudice for feasibility & underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel).

**Hearing rescheduled from 6/27/19 at 10:00 AM**

    on: 7/11/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  6/14/19

Timothy B. McGrath
Clerk of Court

39 − 28
Form 167