UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

MELISSA YOULETTE BROWN      : Bankruptcy No. 18-14171REF

Debtor(s)      : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed without Prejudice.

FOR THE COURT

July 11, 2019

Ashely M. Chan, B.J.

Interested parties:

Scott F. Waterman, Esq.
Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606

Patrick J. Best, Esq.
Anders, Riegel & Masington LLC
18 North 8th Street
Stroudsburg, PA 18360-1718

Melissa Youlette Brown
937 Jackson Street
Easton, PA 18042-3335

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107