United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Melissa Youlette Brown  
    Debtor

Case No. 18-14171-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 2      Date Rcvd: Jul 11, 2019  
                   Form ID: pdf900    Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.

```
db          +Melissa Youlette Brown,    937 Jackson Street,    Easton, PA 18042-3335
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr          +Steward Financial Services,    993 Lenox Drive,    Lawrenceville, NJ 08648-2316
14126839     Aarons,    821 S 25th St,    Easton, PA 18045-5376
14126840     Berkheimer Tax Administrator,    P.O. Box 25143,    Lehigh Valley, PA  18002-5143
14126842    +City of Easton,    123 S 3rd St,    Easton, PA 18042-4727
14187226    +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
14126845    +Creditech,    50 N 7th St,    Bangor, PA 18013-1791
14126848   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
             (address filed with court: Ditech Financial LLC,    332 Minnesota St Ste 610,
             Saint Paul, MN  55101-7707)
14276355     Ditech Financial LLC,    c/o Robert J. Davidow, Esq.,    1617 JFK Boulevard, Suite 1400,
             One Penn Center Plaza,    Philadelphia, PA 19103
14126849    +Easton Area Public Library,    515 Church St,    Easton, PA 18042-3587
14126850    +Easton Hospital,    250 S 21st St,    Easton, PA 18042-3892
14126851     Easton Radiology,    2100 Ferry St,    Easton, PA 18042-3815
14126854     Everhome Mortgage,    PO Box 530579,    Atlanta, GA  30353-0579
14126855     Global Netwk,    5320 College Blvd,    Shawnee Mission, KS  66211-1621
14126856     I C System,    PO Box 64378,    Saint Paul, MN  55164-0378
14126858   ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
             (address filed with court: Met-Ed,    PO Box 16001,    Reading, PA  19612-6001)
14126857     Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL  35901-4173
14178480    +Met ED,    101 Crawford's Corner Rd Bldg # 1 Suite,    Holmdel, NJ 07733-1976
14126859    +Nazareth Music Center,    162 S Main St,    Nazareth, PA 18064-2096
14126860    +Northampton County Prothonotary,    669 Washington Street,    Easton, PA 18042-7401
14126862    +St. Lukes Emergency Physician Specialist,    P.O. Box 5386,    Bethlehem, PA 18015-0386
14173993    +Steward Financial Services,    c/o Stark & Stark, P.C.,    993 Lenox Drive,
             Lawrenceville, NJ  08648,    Attention: Jennifer D. Gould, Esquire 08648-2316
14126863     Steward Financial Svcs,    499 Old Kings Hwy,    Maple Shade, NJ  08052
14126864    +UGI Utilities Inc,    P.O. Box 15523,    Wilmington, DE 19850-5523
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:07
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2019 11:05:27     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14126841     E-mail/Text: EBN_Greensburg@Receivemorermp.com Jul 12 2019 11:05:49     Berks Credit & Coll,
             900 Corporate Dr,    Reading, PA  19605-3340
14126843    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:07     Commonwealth Of Pennsylvania,
             P.O. Box 280946,    Department Of Revenue - Bankruptcy Dept.,    Harrisburg, PA 17128-0946
14126846     E-mail/Text: electronicbkydocs@nelnet.net Jul 12 2019 11:05:22     Dept of Ed/Nelnet,
             Attn: Claims,    PO Box 82505,    Lincoln, NE  68501-2505
14126847     E-mail/Text: electronicbkydocs@nelnet.net Jul 12 2019 11:05:22     Dept of Education/Neln,
             121 S 13th St,    Lincoln, NE  68508-1904
14183353     E-mail/Text: bankruptcy.bnc@ditech.com Jul 12 2019 11:05:00     Ditech Financial LLC,
             P.O. Box 6154,    Rapid City, SD 57709-6154
14126852     E-mail/Text: hfrantz@eswater.net Jul 12 2019 11:05:03     Easton Suburban Water Authority,
             PO Box 3819,    Easton, PA  18043-3819
14126853     E-mail/Text: bknotice@ercbpo.com Jul 12 2019 11:05:22     Enhanced Recovery Co L,
             8014 Bayberry Rd,    Jacksonville, FL  32256-7412
14126861     E-mail/Text: appebnmailbox@sprint.com Jul 12 2019 11:05:19     Sprint,    P.O. Box 4191,
             Carol Stream, IL  60197-0000
14166164     E-mail/Text: bkrcy@ugi.com Jul 12 2019 11:05:43     UGI Utilities Inc,    PO Box 13009,
             Reading PA 19612
14164804    +E-mail/Text: electronicbkydocs@nelnet.net Jul 12 2019 11:05:22
             US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
             Lincoln, NE 68508-1911
14126865     E-mail/Text: ebn@unique-mgmt.com Jul 12 2019 11:05:42     Unique National Collec,
             119 E Maple St,    Jeffersonville, IN  47130-3439
                                                                                               TOTAL: 13
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                  Date Rcvd: Jul 11, 2019
                              Form ID: pdf900            Total Noticed: 42
```

```
cr*           +City of Easton,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
14126844*     +Commonwealth Of Pennsylvania,   P.O. Box 280946,   Department Of Revenue - Bankruptcy Dept.,
               Harrisburg, PA 17128-0946
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:

```
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JENNIFER D. GOULD    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
              MARIO J. HANYON    on behalf of Creditor    DITECH FINANCIAL  LLC paeb@fedphe.com
              PATRICK J. BEST    on behalf of Debtor Melissa Youlette Brown patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com
              ROBERT J. DAVIDOW    on behalf of Creditor    DITECH FINANCIAL  LLC
               robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL  LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

MELISSA YOULETTE BROWN

Debtor(s)

: Bankruptcy No. 18-14171REF
:
: Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed without Prejudice.

FOR THE COURT

July 11, 2019

Ashely M. Chan, B. J.

Interested parties:

Scott F. Waterman, Esq.
Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606

Patrick J. Best, Esq.
Anders, Riegel & Masington LLC
18 North 8th Street
Stroudsburg, PA 18360-1718

Melissa Youlette Brown
937 Jackson Street
Easton, PA 18042-3335

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107