December 20, 2019

U.S. Bankruptcy Court,

My name is Melissa Youlette Brown, bankruptcy No. 18-14171-AMC. I received a letter from trustee Scott Waterman stating that I had an unclaimed check that was sent back to your office and I am writing today to claim the funds of $640.13.

If you have any questions you can contact me at 484-544-1704 or email mybrown831@gmail.com.

Thank you,

*Melissa J. Brown*
Melissa Y. Brown