*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Melissa Youlette Brown
    Debtor(s)

Case No: 18−14171−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

LETTER/ Motion for Return of Unclaimed Funds in the Amount of: $640.13 Filed by Melissa Youlette Brown Represented by Self.

\*\*Hearing Date and Location Changed\*\*

    on: 2/27/20

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/6/20

Timothy B. McGrath
Clerk of Court

49 − 45
Form 167