United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14171-amc
Melissa Youlette Brown                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR            Page 1 of 2              Date Rcvd: Feb 06, 2020
                               Form ID: 167           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
```
db             +Melissa Youlette Brown,    937 Jackson Street,    Easton, PA 18042-3335
cr             +Steward Financial Services,    993 Lenox Drive,    Lawrenceville, NJ 08648-2316
14126839        Aarons,    821 S 25th St,    Easton, PA 18045-5376
14126840        Berkheimer Tax Administrator,    P.O. Box 25143,    Lehigh Valley, PA 18002-5143
14126842       +City of Easton,    123 S 3rd St,    Easton, PA 18042-4727
14187226       +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14126845       +Creditech,    50 N 7th St,    Bangor, PA 18013-1791
14126848     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court: Ditech Financial LLC,    332 Minnesota St Ste 610,
                 Saint Paul, MN  55101-7707)
14276355        Ditech Financial LLC,    c/o Robert J. Davidow, Esq.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14126849       +Easton Area Public Library,    515 Church St,    Easton, PA 18042-3587
14126850       +Easton Hospital,    250 S 21st St,    Easton, PA 18042-3892
14126851        Easton Radiology,    2100 Ferry St,    Easton, PA 18042-3815
14126854        Everhome Mortgage,    PO Box 530579,    Atlanta, GA 30353-0579
14126855        Global Netwk,    5320 College Blvd,    Shawnee Mission, KS 66211-1621
14126856        I C System,    PO Box 64378,    Saint Paul, MN 55164-0378
14126858      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: Met-Ed,    PO Box 16001,    Reading, PA  19612-6001)
14126857        Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
14178480       +Met ED,    101 Crawford's Corner Rd Bldg # 1 Suite,    Holmdel, NJ 07733-1976
14126859       +Nazareth Music Center,    162 S Main St,    Nazareth, PA 18064-2096
14126860       +Northampton County Prothonotary,    669 Washington Street,    Easton, PA 18042-7401
14126862       +St. Lukes Emergency Physician Specialist,    P.O. Box 5386,    Bethlehem, PA 18015-0386
14173993       +Steward Financial Services,    c/o Stark & Stark, P.C.,    993 Lenox Drive,
                 Lawrenceville, NJ  08648,    Attention: Jennifer D. Gould, Esquire 08648-2316
14126863        Steward Financial Svcs,    499 Old Kings Hwy,    Maple Shade, NJ 08052
14126864       +UGI Utilities Inc,    P.O. Box 15523,    Wilmington, DE 19850-5523
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14126841        E-mail/Text: EBN_Greensburg@Receivemorermp.com Feb 07 2020 03:18:49      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
14126843       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2020 03:17:59      Commonwealth Of Pennsylvania,
                 P.O. Box 280946,    Department Of Revenue - Bankruptcy Dept.,    Harrisburg, PA 17128-0946
14126846        E-mail/Text: electronicbkydocs@nelnet.net Feb 07 2020 03:18:09      Dept of Ed/Nelnet,
                 Attn: Claims,    PO Box 82505,    Lincoln, NE 68501-2505
14126847        E-mail/Text: electronicbkydocs@nelnet.net Feb 07 2020 03:18:09      Dept of Education/Neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
14183353        E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2020 03:17:35      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
14126852        E-mail/Text: hfrantz@eswater.net Feb 07 2020 03:17:41      Easton Suburban Water Authority,
                 PO Box 3819,    Easton, PA 18043-3819
14126853        E-mail/Text: bknotice@ercbpo.com Feb 07 2020 03:18:10      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14126861        E-mail/Text: appebnmailbox@sprint.com Feb 07 2020 03:18:05      Sprint,    P.O. Box 4191,
                 Carol Stream, IL 60197-0000
14166164        E-mail/Text: bkrcy@ugi.com Feb 07 2020 03:18:39      UGI Utilities Inc,    PO Box 13009,
                 Reading PA 19612
14164804       +E-mail/Text: electronicbkydocs@nelnet.net Feb 07 2020 03:18:09
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
14126865        E-mail/Text: ebn@unique-mgmt.com Feb 07 2020 03:18:35      Unique National Collec,
                 119 E Maple St,    Jeffersonville, IN 47130-3439
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14126844*      +Commonwealth Of Pennsylvania,    P.O. Box 280946,    Department Of Revenue - Bankruptcy Dept.,
                 Harrisburg, PA 17128-0946
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0313-4          User: SaraR           Page 2 of 2           Date Rcvd: Feb 06, 2020
                              Form ID: 167          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:

```
          JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JENNIFER D. GOULD    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
           mdepietro@stark-stark.com;lsciscio@stark-stark.com
          KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
          MARIO J. HANYON    on behalf of Creditor    DITECH FINANCIAL   LLC paeb@fedphe.com
          PATRICK J. BEST    on behalf of Debtor Melissa Youlette Brown patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.c
           om
          ROBERT J. DAVIDOW    on behalf of Creditor    DITECH FINANCIAL  LLC
           robert.davidow@phelanhallinan.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL  LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Melissa Youlette Brown
    Debtor(s)                       Case No: 18−14171−amc
                                               Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

LETTER/ Motion for Return of Unclaimed Funds in the Amount of: $640.13 Filed by Melissa Youlette Brown Represented by Self.

**Hearing Date and Location Changed**

on: 2/27/20

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/6/20

Timothy B. McGrath
Clerk of Court

49 − 45
Form 167