**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Melissa Youlette Brown<br>aka Sante's Southern BBQ<br>Debtor(s) | : | Bankruptcy No. 18-14171-amc |

ORDER

And now, upon consideration of the Debtor's Letter for Return of Unclaimed Funds and hearing held on February 27, 2020, it is hereby

**ORDERED** that the Motion is **GRANTED**. The Clerk is directed to pay to the Debtor, the Unclaimed Money in the amount of **$640.13** being held by this court. The check shall be made payable to "Melissa Y. Brown" and mailed to the Debtor at 937 Jackson Street, Easton, PA 18042.

Dated: March 3, 2020

Ashely M. Chan
United States Bankruptcy Judge