United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14171-amc
Melissa Youlette Brown                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv              Page 1 of 1              Date Rcvd: Mar 03, 2020
                          Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db              +Melissa Youlette Brown,   937 Jackson Street,   Easton, PA 18042-3335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JENNIFER D. GOULD    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com;lsciscio@stark-stark.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
              MARIO J. HANYON    on behalf of Creditor    DITECH FINANCIAL  LLC paeb@fedphe.com
              PATRICK J. BEST    on behalf of Debtor Melissa Youlette Brown patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.c
               om
              ROBERT J. DAVIDOW    on behalf of Creditor    DITECH FINANCIAL  LLC
               robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL  LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                               :          Chapter 13

Melissa Youlette Brown
aka Sante's Southern BBQ
Debtor(s)                                           :          Bankruptcy No. 18-14171-amc

ORDER

And now, upon consideration of the Debtor's Letter for Return of Unclaimed Funds and hearing held on February 27, 2020, it is hereby

**ORDERED** that the Motion is **GRANTED**. The Clerk is directed to pay to the Debtor, the Unclaimed Money in the amount of **$640.13** being held by this court. The check shall be made payable to "Melissa Y. Brown" and mailed to the Debtor at 937 Jackson Street, Easton, PA 18042.

Dated: March 3, 2020

Ashely M. Chan
United States Bankruptcy Judge